UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARVE PREET SINGH; CHANDNI SINGH; and, S.S. a minor child,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director of USCIS; KRISTI NOEM, Secretary of Department of Homeland Security; and UNITED STATES OF AMERICA[1],

Defendants.

CASE NO. 2:25-cv-02213-JHC

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

NOTED FOR CONSIDERATION: JANUARY 12, 2026

For good cause, Plaintiffs and Defendants pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for forty-five (45) days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Director of USCIS Ur M. Jaddou for Joseph B. Edlow and Secretary of Homeland Security Alejandro Mayorkas for Kristi Noem.

("USCIS") to adjudicate his Forms I-485. Defendants' response to the Complaint is currently due on January 13, 2026. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS recently sent out a Request for Evidence (RFE) to which Plaintiff recently provided a response. USCIS agrees to diligently work towards completing the adjudication. If the adjudication is not completed within the abeyance period, USCIS will provide a status report to the Court. Once the application is adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance for USCIS to complete adjudication of the relevant application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance for forty-five (45) days. The parties will submit a status update on or before the end of this period.

//

//

//

//

//

//

//

Dated this 12th day of January, 2026.


s/ ________________________
SARVE PREET SINGH

s/ ________________________
CHANDNI SINGH
23967 N.E. 25th Street
Sammamish, WA 98074
Phone: 425-691-6145
Email: sarvepreet@gmail.com

*Pro Se Plaintiffs*

CHARLES NEIL FLOYD
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*


I certify that this memorandum contains 290 words, in compliance with the Local Civil Rules.

**ORDER**

The case is held in abeyance. The parties shall submit a status update within for forty-five (45) days. It is so **ORDERED**.

Dated this 13th day of January, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge